(C.D. 2968)

INTERCONTINENTAL AIR FREIGHT, INC. *v.* UNITED STATES

United States Customs Court, First Division

(Decided April 17, 1967)

Plaintiff not represented by counsel.
*Barefoot Sanders*, Assistant Attorney General, for the defendant.

Before OLIVER, WATSON, and RAO, Judges

OLIVER, Judge:   Upon examination of the official papers it appears that said protest was filed more than sixty days after liquidation. Therefore, the protest in this case be, and the same hereby is, dismissed.